In the Matter of the Claim of MARIE V. BAGDALIK, Respondent, against FLEXLUME CORPORATION, Employer, and STATE INSURANCE FUND, Appellant.

Submitted November 15, 1939; decided November 30, 1939.

*George J. Hayes* and *Bernard Botein* for appellant.

*Noel S. Symons, Louis P. Friedman* and *I. Greenfield* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order reversed and claim dismissed, with costs in all courts. The employee's work in Chicago makes applicable the rule laid down in *Matter of Cameron* v. *Ellis Construction Co.* (252 N. Y. 394). No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.